UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEP BLUE INTEGRATION, INC., <br> Plaintiff, <br> v. <br> NORTH AMERICAN SPECIALTY INSURANCE COMPANY, <br> Defendant. | Case No. 20-cv-06980-NC <br><br> **ORDER AFTER PRETRIAL CONFERENCE** |

The Court held a pretrial conference on March 31, 2022.  This order summarizes the remaining events discussed at the pretrial conference:

1. BENCH TRIAL MEDIUM: The trial will take place via Zoom.  The Court will issue an order regarding Zoom testimony procedures.
2. BENCH TRIAL SCHEDULE: The trial will begin with opening statements on **Monday, April 18, 2022, at 9:30 a.m.**  The trial will run from 9:30 a.m. through 4:00 p.m. each weekday with morning, lunch, and afternoon breaks.  Each side will have up to 10 hours to present their evidence and arguments.
3. STRUCTURE OF TRIAL: The order of trial will be: Plaintiff's claim, Defendant's defenses, Defendant's counter-claim, Plaintiff's defenses.
4. PLAINTIFF'S SECOND TRIAL BINDER: Upon further consideration, the Court does not require Plaintiff to deliver a second copy of its binder.

5. TRIAL EXHIBITS: The parties must electronically provide .pdf copies of their trial exhibits to my Courtroom Deputy, Lili Harrell, by **April 11, 2022**.

6. DEPOSITIONS: If the parties plan to use any depositions in their case, a full copy of each deposition to be used must be delivered to the Court before trial begins on **April 18, 2022**.

7. PRETRIAL BRIEFS: The parties' pretrial briefs must be filed by **April 8, 2022**. The briefs must not exceed 15 pages.

8. MOTION IN LIMINE: Plaintiff's motion in limine, at ECF 45, is granted in part and denied in part. Defendant's expert witness, Joseph A. Larovere, is permitted to testify only as a rebuttal witness. If there is nothing for Larovere to rebut, the Court will exclude his testimony. Additionally, the Court permits Plaintiff to conduct discovery based on Larovere's testimony. Should Plaintiff seek to depose Larovere, it has until **April 11, 2022,** to complete the deposition.

9. PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW: The parties must file their proposed findings of fact and conclusions law fourteen days after the close of evidence.

**IT IS SO ORDERED.**

Dated: March 31, 2022         _____
                              NATHANAEL M. COUSINS
                              United States Magistrate Judge